392 P.2d 422

**Donald W. BOWMANN, Petitioner,**

**v.**

**The FIRST JUDICIAL DISTRICT COURT,
Santa Fe, New Mexico, Respondent.**

**No. 68 HC.**

Supreme Court of New Mexico.

May 27, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices concurring.

Ordered that free process be and the same is hereby granted, and the petition for writ of habeas corpus be and the same is hereby denied.

392 P.2d 422

**Milton F. MORRIS, Petitioner,**

**v.**

**The FIRST JUDICIAL DISTRICT COURT,
Santa Fe, New Mexico, Respondent.**

**No. 69 HC.**

Supreme Court of New Mexico.

May 27, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that free process be and the same is hereby granted and the petition for writ of mandamus be and the same is hereby denied as no unusual delay appears.

392 P.2d 422

**Cecil Ray RINEHART, Petitioner,**

**v.**

**The FIRST JUDICIAL DISTRICT COURT,
Santa Fe, New Mexico, Respondent.**

**No. 71 HC.**

Supreme Court of New Mexico.

May 27, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied as no unusual delay appears.